IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERRY L. SLAUGHTER,

    Petitioner,           No. CIV S-07-2628 WBS DAD P

    vs.

D.K. SISTO,

    Respondent.        ORDER

_____/

    Petitioner has requested an extension of time to file objections to the November 6, 2008 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's November 18, 2008 application for an extension of time (Docket No. 9) is granted; and

    2. Petitioner is granted thirty days from the date of this order in which to file objections to the November 6, 2008 findings and recommendations issued by the undersigned.

DATED: November 24, 2008.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:mp
slau2628.111