UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

TERRY L. SLAUGHTER,

        Petitioner,

    v.

D. K. SISTO,

        Respondent.

NO. CIV. S-07-2628 WBS DAD P

<u>ORDER ISSUING A CERTIFICATE OF APPEALABILITY</u>

----oo0oo----

        Petitioner Terry L. Slaughter seeks to appeal from this court's order of January 8, 2009, dismissing this habeas corpus petition.  Before defendant can appeal from this order, a certificate of appealability must issue.  28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2).  The certificate of appealability must "indicate which specific issue or issues satisfy" the requirement.  28 U.S.C. § 2253(c)(3).

1

1         A certificate of appealability should be granted for
2   any issue that petitioner can demonstrate is "'debatable among
3   jurists of reason,'" could be resolved differently by a different
4   court, or is "'adequate to deserve encouragement to proceed
5   further.'" Jennings v. Woodford, 290 F.3d 1006, 1010 (9th Cir.
6   2002) (quoting Barefoot v. Estelle, 463 U.S. 880, 893 (1983)).
7         Judged by this standard, petitioner has made a
8   sufficient showing to justify issuance of a certificate of
9   appealability on the issue of whether he has a state-created
10  liberty interest in how his sentence was calculated. Sandin v.
11  Connor, 515 U.S. 472 (1995).
12        IT IS THEREFORE ORDERED that a certificate of
13  appealability is hereby issued.
14  DATED: January 22, 2009

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE