IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERRY L. SLAUGHTER,

    Petitioner,                 No. CIV S-07-2628 WBS DAD P

    vs.

D.K. SISTO, et al.,

    Respondents.           ORDER

                               /

         This action was summarily dismissed and judgment entered on January 8, 2009. Petitioner has filed an appeal and has also requested the appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). Therefore, petitioner's motion will be denied. Petitioner may renew his request to the U.S. Court of Appeals.

         Accordingly, IT IS HEREBY ORDERED that petitioner's January 21, 2009 request for appointment of counsel (Doc. No. 15) is denied.

DATED: March 9, 2009.

                                             /s/ Dale A. Drozd
                                             DALE A. DROZD
                                             UNITED STATES MAGISTRATE JUDGE

DAD:4
slau2628.110